IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY WALDROP, #251378, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 2:12cv576-TMH |
| ) | (WO) |
| WARDEN GARY HETZEL, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On October 9, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failures to prosecute this action and comply with the orders of this court.

Done this the 6th day of November 2012.

　　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE